In re GOLDEN PLAN OF CALIFOR-
NIA, IND., a California
corporation, Debtor.

Melvyn J. COBEN, Trustee, Plaintiff,

v.

Maurice Peter HAHN, Helen Hahn and
First American Title Insurance Compa-
ny, a California corporation, Defend-
ants.

Bankruptcy Nos. 282–00571–D–11 to
282–00574–D–11.
Adv. No. 283–0387.

United States Bankruptcy Court,
E.D. California.

Oct. 20, 1986.

LOREN S. DAHL, Chief Judge.

IT IS HEREBY ORDERED THAT the Memorandum of Opinion and Decision filed on May 8, 1984 and published in 39 B.R. 551 (E.D.Cal.1984) and the Judgment entered thereon on August 24, 1984 in the above-entitled matter are vacated and de-